CHAPTER 13 TRUSTEE                                                                921851

UNITED STATES BANKRUPTCY COURT          Aug 14, 2008                    $11,383.88

8/25/08        # 11383.88  on 18 Chapter 13 cases

Payments found to be undeliverable, detailed on the
attached listing, for deposit into the registry of the court

---

**CHAPTER 13 TRUSTEE**                  **FIRST AMERICAN BANK & TRUST**        921851
433 METAIRIE ROAD, SUITE 307                  METAIRIE, LA 70005
METAIRIE, LA 70005                               84-242/654

                                              DATE                AMOUNT
                                         August 14, 2008        $ 11,383.88

*Eleven* Thousand Three Hundred Eighty-Three and 88/100 Dollars

UNITED STATES
BANKRUPTCY COURT                                    /s/ J.J. Beaulieu Jr.
EASTERN DISTRICT OF LOUISIANA                       AUTHORIZED SIGNATURE
NEW ORLEANS DIVISION

# 224463     - KW
* * C O P Y * *        :554024230: 690 272 3m
August 25, 2008
  15:20:30          (TRU)
     (18)                                        # 11383.88
TREASURY REGFUND                                 Deposited to
btor.: 13 VARIOUS CH 13'S                        18 chapter 13's
ount.:        $11,383.88 CH                      on 8/25/08
eck#.: 921851

otal->  $11,383.88

```
Date: Thu Aug 14, 2008        REGISTRY CHECK #921851              Page: 1
Time: 5:20 PM                                                     User: JOHN

Case No  Last              First            Amount   Payee (If blank, debtor is payee)

0217392  RAUSCH            JASON MICHAEL    873.64   BENEFICIAL BANK
         RAUSCH            RACHELLE ANNE             %REGIONAL ADJUSTMENT BUREAU I
         2660 ALPINE BLVD                            PO BOX 34111
         ALPINE CA         91901                     ARLINGTON TN         38002

0217392  RAUSCH            JASON MICHAEL     10.35   GOLETA BANK/ACE
         RAUSCH            RACHELLE ANNE             C/O CREDITORS BANKRUPTCY SVC
         2660 ALPINE BLVD                            PO BOX 740933
         ALPINE CA         91901                     DALLAS TX            75374

0217392  RAUSCH            JASON MICHAEL     12.67   T MOBILE
         RAUSCH            RACHELLE ANNE
         2660 ALPINE BLVD              Total 896.66  5421 JEFFERSON ST NE
         ALPINE CA         91901                     ALBUQUERQUE NM       87109

0318361  HILLS             ALICSHA DENISE   345.00   JET FINANCIAL
         17006 LOUISIANA AVE                         1108 CM FAGAN DR
         HAMMOND LA        70403                     HAMMOND LA           70403

0318583  JEFFERSON         DERMOT            93.11   DILLARDS
         JEFFERSON         ANGELA FABER
         PO BOX 6812                                 PO BOX 29445
         METAIRIE LA       70009                     PHOENIX AZ           85038

0318648  HENDERSON         FREDERICK LEWIS 3,551.09  CITY OF NEW ORLEANS
         HENDERSON         KIMBERLEY BEECHE          HEARD LINEBARGER GRAHAM
         7501 LIGUSTRUM DR                           1515 POYDRAS ST #1840
         NEW ORLEANS LA    70126                     NEW ORLEANS LA       70112

0411255  CALLOWAY          JO ANN          2,052.47
         10122 LAKEWOOD ST
         NEW ORLEANS LA    70127

0414638  ORGERON JR        MALCOLM A          2.88   DIABETES & METABOLISM
         ORGERON           MAMIE B                   STE G
         371 JOSEPH PLACE                            9930 LAKE FOREST BLVD
         WAGGAMAN LA       70094                     NEW ORLEANS LA       70127

0414638  ORGERON JR        MALCOLM A          1.66   NEW ORLEANS NEPHROLOGY ASSOCS
         ORGERON           MAMIE B                   STE 320
         371 JOSEPH PLACE              Total 4.54    4228 HOUMA BLVD
         WAGGAMAN LA       70094                     METAIRIE LA          70006

0415966  HOLLIER           TIMOTHY JAMES    561.62
         1011 WASHINGTON ST
         GRETNA LA         70053

0418713  RUFFINO           RICHARD CHARLES   15.97   RIVER PARISHES
         RUFFINO           MARY O'NEAL                PHYSICIAN NETWORK
         360 ROSEDALE DR                             429 W AIRLINE HWY
         DESTREHAN LA      70047                     LAPLACE LA           70068

0418972  BOLDS             KAREN DIONNE      41.85
         2626 HAMILTON ST
         NEW ORLEANS LA    70119

0419007  BEHRHORST         ALICIA         1,731.21   CITY ATTORNEY OFFICE
                                                     CITY OF NEW ORLEANS STE 5E03
         541 CALHOUN ST                              1300 PERDIDO ST
         NEW ORLEANS LA    70118                     NEW ORLEANS LA       70112

0510005  SMITH             ANGELA DENISE    326.06   CASH TYME
                                                     STE A
         6336 FARRELL DR                             1335 BARATARIA BLVD
         SLIDELL LA        70460                     MARRERO LA           70072

                                          9,619.58
```

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0510249 | REED | CHRISTOPHER M | 3.45 | |
| | PO BOX 5565 THIBODAUX LA 70302 | | | |
| 0510676 | MARTIN MARTIN 7641 EASTMORE RD NEW ORLEANS LA 70126 | BARRY BRIDGET MULLET | 102.41 | DELTA PAY DAY LOAN 7128 DOWNMAN RD NEW ORLEANS LA 70126 |
| 0510676 | MARTIN MARTIN 7641 EASTMORE RD NEW ORLEANS LA 70126 | BARRY BRIDGET MULLET | 106.97 *Total 209.38* | MR MONEY STE C 7300 READ BLVD NEW ORLEANS LA 70127 |
| 0510811 | FONTENOT JR PO BOX 421 MARRERO LA 70073 | JOHN J | 1,191.96 | SCHWAB FINANCIAL SERVICES STE B 322 W JUDGE PEREZ DR CHALMETTE LA 70043 |
| 0511121 | AUGUSTIN 308 LABARRE RD JEFFERSON LA 70121 | IDA | 117.38 | |
| 0512706 | WILSON 2239 W CANTERBURY DR LAPLACE LA 70068 | MELISSA | 7.05 | HEILIG MEYERS MASTER TRUST BK DEPT PO BOX 105460 ATLANTA GA 30348 |
| 0514245 | MICHAEL MICHAEL PO BOX 42 GRAMERCY LA 70052 | SULLIVAN BARBARA | 195.85 | |
| 0514881 | MOLIZONE 425 COUSIN ST SLIDELL LA 70458 | CLARETHER P | 39.23 | |

1,764.30

*Total #11,383.88 on 18 Chapter 13 Debtor Cases*